FILE COPY

DATE: 6/25/2015

RE: Case No. 15-0390

COA #: 12-14-00261-CV    TC#: 2013C-1185

STYLE: NATIONSTAR MORTGAGE, L.L.C.

v. KEN LANDERS AND CLARLINDA LANDERS

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 29 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK